IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | CR. NO.: 91-299(*RLA*) |
| | * | SUPERSEDING INDICTMENT |
| | * | Title 21, U.S.C., §§ |
| ANGEL E. ROSA-COLLAZO a/k/a KIKITO, | * | 841(a)(1), 846, 848, |
|     a/k/a JIMMY, a/k/a JAIME CRUZ-CRUZ | * | 952, 960, 963; |
|     a/k/a JOHN CRUZ, a/k/a JUAN CRUZ | * | Title 18, U.S.C., § 2 |
|     a/k/a LUIS CRUZ, | * | 39 Counts |
|     a/k/a CARLOS RODRIGUEZ | * | |
|     a/k/a VICENTE CRUZ | * | |
| JESUS MANUEL FORTY-ESTREMERA | * | |
|     a/k/a MANOLO | * | |
| JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY | * | |
| GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO | * | |
| REMY VELEZ-SAMBOLIN a/k/a PITO | * | |
| JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, | * | |
| JUAN CRUZ-MATOS a/k/a NITO | * | |
| JOHN DOE a/k/a TITO MASTER | * | |
| MILES JOHNSON-DUNCAN | * | |
| EDGARDO PUBIL-RIVERA a/k/a EL ENANO | * | |
|     a/k/a PICHON | * | |
| NELSON MANTECON-ZAYAS a/k/a CHINO | * | |
| MARIO RIVERA-RIVERA | * | |
| WILLIAM ROMERO-LEWIS a/k/a CUCO, | * | |
|     a/k/a EL TENIENTE | * | |
| ENIO SANTIAGO-PABON | * | |
| JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO | * | |
| JUAN LUIS ESCUDERO-SUAREZ | | |
|     a/k/a LUISITO CAR WASH | | |
| ERNESTO FUENTES-CANCEL a/k/a PECHITO | * | |
| MICHAEL DEL VALLE a/k/a PIMPE | * | |
| DANIEL CRUZ-TORRES a/k/a EL GAGO | * | |
| GISELA FAIRFOOT-RENTERIA | * | |
|     a/k/a GISELA CROW | * | |
| JANET LOPEZ-TORRES | * | |
| AGUSTIN MORALES-RIVERA a/k/a CELI | * | |
| AGUSTIN VELAZQUEZ-RODRIGUEZ | * | |
| ISMAEL MARIN-ROSA | * | |
| RENE RODRIGUEZ-ROIG | * | |
| MANUEL CANINO | * | |
| MARK JENNINGS | * | |
| RAMON RODRIGUEZ-MORALES a/k/a JUNIOR | * | |
| VICTOR LEVY-CORDERO | * | |
| CESAR CASTRO-GOMEZ | * | |
| DON TOLER | * | |
| DOMINGO MEDINA-FELIX | * | |
|     a/k/a DAVID EL VIEJO | * | |
| FELICIANO COTTO-JOVET a/k/a FELO | * | |

```
MANUEL EVARISTO-SANCHEZ                    *
     a/k/a MANOLON                         *
FRANCESCO MARTONE                          *
     a/k/a FRANK, a/k/a TRAVOLTA           *
     a/k/a JOSEPH DUARTE Duarte 4th        *
MICHAEL MARTONE                            *
ALTON PHILLIPS a/k/a JOE                   *
THOMAS F. WALKER                           *
FREDDIE SUAREZ-VELEZ                       *
     a/k/a FREDO EL GORDO                  *
     Defendants.                           *
* * * * * * * * * * * * * * * * * * * * * *
```

The Grand Jury Charges:

### COUNT ONE

Beginning in or about the month of January 1987 and continuing until September 1991 in San Juan, Luquillo, Fajardo, Humacao, Naguabo, Mayaguez, Cabo Rojo, Hormigueros, Puerto Rico, District of Puerto Rico; Saint Thomas and Saint Croix, U.S. Virgin Islands; Miami and Fort Lauderdale, Florida; Colombia, South America, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a KIKITO a/k/a JIMMY a/k/a JAIME CRUZ-CRUZ a/k/a JOHN CRUZ a/k/a JUAN CRUZ, a/k/a LUIS CRUZ a/k/a CARLOS RODRIGUEZ a/k/a VICENTE CRUZ, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, REMY VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MILES JOHNSON-DUNCAN, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, NELSON MANTECON-ZAYAS a/k/a CHINO, MARIO RIVERA-RIVERA, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a TENIENTE, ENIO SANTIAGO-PABON, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN LUIS ESCUDERO-SUAREZ, a/k/a LUISITO CAR WASH, ERNESTO FUENTES-CANCEL a/k/a PECHITO, MICHAEL DEL VALLE a/k/a PIMPE, DANIEL CRUZ-TORRES a/k/a EL JAGO, GISELA FAIRFOOT-RENTERIA

a/k/a GISELA CROW, JANET LOPEZ-TORRES, AGUSTIN MORALES-RIVERA a/k/a
CELI, AGUSTIN VELAZQUEZ-RODRIGUEZ, ISMAEL MARIN-ROSA, RENE
RODRIGUEZ-ROIG, MANUEL CANINO, MARK JENNINGS, RAMON RODRIGUEZ-
MORALES a/k/a JUNIOR, VICTOR LEVY-CORDERO, CESAR CASTRO-GOMEZ, DON
TOLER, FELICIANO COTTO-JOVET a/k/a FELO, DOMINGO MEDINA-FELIX a/k/a
DAVID EL VIEJO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, FRANCESCO
MARTONE a/k/a FRANK a/k/a TRAVOLTA a/k/a JOSEPH DUARTE, MICHAEL
MARTONE, ALTON PHILLIPS a/k/a JOE, THOMAS F. WALKER, FREDDIE
SUAREZ-VELEZ a/k/a FREDO EL GORDO, and others, known and unknown
to the Grand Jury, did unlawfully, intentionally, willfully, and
knowingly conspire, combine, confederate, and agree together and
with each other to possess with intent to distribute amounts of
cocaine, a Schedule II narcotic drug controlled substance, which
amounts of cocaine exceeded ten thousand (10,000) kilograms, and
amounts of marihuana, a Schedule I controlled substance which
amounts of marihuana exceeded one thousand (1,000) kilograms, all
in violation of Title 21, United States Code, Sections 841(a)(1)
and 846.

## OBJECTS OF THE CONSPIRACY

The objects of said conspiracy were among others:

1. To recruit and maintain a group of individuals with
special skills and equipment to facilitate the importation of
narcotics into the United States.

2. To avoid detection by governmental authorities of the
organization's activities by using fictitious names, placing

4

properties under third parties, and purchasing special vehicles, vessels, and equipment.

3.    To import large amounts of controlled substances into Puerto Rico for distribution within Puerto Rico and further distribution to Miami, Florida and elsewhere, all for profit.

### MEANS, MANNER AND METHODS

1.    At all times pertinent to this indictment ANGEL ROSA-COLLAZO a/k/a JIMMY and JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO were partners and leaders of an organization dedicated to import controlled substances from Colombia, South America into the United States.

2.    At all times pertinent to this indictment JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY was a lieutenant of the narcotics organization in charge of the offloading crew.

3.    At all times pertinent to this indictment GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO was the contact person between a Colombian supplier known as "Brazil" and the leaders of the organization.

4.    At certain times pertinent to this indictment MARIO RIVERA-RIVERA was in charge of surveillances and installing and maintaining the communications equipment.

5.    At certain times pertinent to this indictment JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, NELSON MANTECON-ZAYAS a/k/a CHINO, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a EL TENIENTE, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, VICTOR LEVY-CORDERO, and CESAR CASTRO-GOMEZ were in charge of recovering the shipments of narcotics from the ocean

5

which were dropped or delivered by airplanes or motherships and bringing them close to the shore of Puerto Rico.

6. At certain times pertinent to this indictment JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO was in charge of transferring the bales of cocaine from speed boats to a rubber life raft and bringing them to shore.

7. At certain times pertinent to this indictment REMY VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, ENIO SANTIAGO-PABON, MICHAEL DEL VALLE a/k/a PIMPE, DANIEL CRUZ-TORRES a/k/a EL GAGO, AGUSTIN MORALES-RIVERA a/k/a CELI, AGUSTIN VELAZQUEZ-RODRIGUEZ, ISMAEL MARIN-ROSA, MANUEL CANINO, and RAMON RODRIGUEZ-MORALES a/k/a JUNIOR were in charge of offloading the narcotics on the shores of Puerto Rico.

8. At certain times pertinent to this indictment ERNESTO FUENTES-CANCEL and AGUSTIN MORALES-RIVERA a/k/a CELI were in charge of communications among participants in the organization when the loads of cocaine were being imported into Puerto Rico.

9. At certain times pertinent to this indictment JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, FELICIANO COTTO-JOVET a/k/a FELO, DOMINGO MEDINA-FELIX a/k/a DAVID EL VIEJO were in charge of distribution of the organization's narcotics in Puerto Rico and EDGARDO PUBIL-RIVERA a/k/a EL ENANO was in charge of transportation of the narcotics to Florida for distribution there and elsewhere.

6

10.    At certain times pertinent to this indictment MILES JOHNSON-DUNCAN, MARK JENNINGS, DON TOLER and THOMAS F. WALKER were in charge of storing and guarding the narcotics once they were imported, until they were distributed.

11.    At certain times pertinent to this indictment ALTON PHILLIPS a/k/a JOE was in charge of the maintenance of all the organization's speed vessels in St. Thomas, U.S.V.I., which were used in the importation of narcotics into Puerto Rico.

12.    At certain times pertinent to this indictment JANET LOPEZ-TORRES, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, ERNESTO FUENTES-CANCEL a/k/a PECHITO, and AGUSTIN MORALES-RIVERA a/k/a CELI were in charge of keeping financial records, making payments, transporting cash and checks, and laundering proceeds of the organization's unlawful activities.

## OVERT ACTS

During and in furtherance of the conspiracy, the co-conspirators committed, among others, the following Overt Acts:

1.    On or about March 8, 1987, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY and MILES JOHNSON-DUNCAN rented a house in Naguabo, Puerto Rico with the purpose of using it to store a load of marihuana.

2.    During the same time as referred to in Overt Act Number 1, ANGEL ROSA-COLLAZO a/k/a JIMMY made arrangements in Colombia, South America, to import a load of approximately five thousand (5,000) pounds of marihuana into Puerto Rico.

3.    During several days in March or April 1987 at Naguabo, Puerto Rico, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, VICTOR LEVY-CORDERO, CESAR CASTRO-GOMEZ, AGUSTIN VELAZQUEZ-RODRIGUEZ, RAMON RODRIGUEZ-MORALES a/k/a JUNIOR, DANIEL CRUZ-TORRES a/k/a EL GAGO, JUAN CRUZ-MATOS a/k/a NITO, MILES JOHNSON-DUNCAN, JOHN DOE a/k/a TITO MASTER, MICHAEL MARTONE, and others imported five thousand (5,000) pounds of marihuana into Puerto Rico and stored it at a house in Naguabo, Puerto Rico.

4.    After the time referred to in Overt Act Number 3, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, FELICIANO COTTO-JOVET a/k/a FELO, FREDDIE SUAREZ-VELEZ a/k/a FREDO EL GORDO, and others distributed the marihuana referred to in that Overt Act.

5.    On March 30, 1988, NELSON MANTECON-ZAYAS a/k/a CHINO sold a 37-foot Midnight Express speed boat to JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH for $30,000 and on April 7, 1988, ANGEL ROSA-COLLAZO a/k/a JIMMY sent it to ALTON PHILLIPS a/k/a JOE in St. Thomas to be used in the importation of narcotics.

6.    During the month of April, 1988, ANGEL ROSA-COLLAZO a/k/a JIMMY made arrangements with his narcotics supplier in Colombia, South America, to import another load of marihuana into Puerto Rico.

7.    After what is referred to in Overt Act Number 6, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ

a/k/a MANOLON, JANET LOPEZ-TORRES, and other girls travelled to St. Thomas, U.S. Virgin Islands, to prepare for the importation of a load of marihuana into Puerto Rico.

8.    Sometime around the month of April, 1988, at Humacao, Puerto Rico, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, JANET LOPEZ-TORRES, DANIEL CRUZ-TORRES a/k/a EL GAGO, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, REMY VELEZ-SAMBOLIN a/k/a PITO, MICHAEL DEL VALLE a/k/a PIMPE, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, and others imported approximately five thousand (5,000) pounds of marihuana and stashed it in a room at MILES JOHNSON-DUNCAN's house.

9.    After the date referred to in Overt Act Number 8 the marihuana referred to in that Overt Act was distributed by FELICIANO COTTO-JOVET a/k/a FELO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others.

10.    Around the month of May, 1988, ANGEL ROSA-COLLAZO a/k/a JIMMY was hired by another person to import a load of cocaine into Puerto Rico.

11.    On or about May 19, 1988, at Humacao, Puerto Rico, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, and others imported

approximately three hundred (300) kilograms of cocaine which were stashed the next day at the house of JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY in Colinas de Luquillo, Puerto Rico.

12. On May 31, 1988, ANGEL ROSA-COLLAZO a/k/a JIMMY received a 1988 Silver Blue Toyota 4-Runner as partial payment for the importation into Puerto Rico of the three hundred (300) kilograms of cocaine mentioned in Overt Act Number 11.

13. Sometime around the month of August 1988 ANGEL ROSA-COLLAZO a/k/a JIMMY made arrangements with two (2) Colombian suppliers to import two (2) loads of cocaine into Puerto Rico, and transport the cocaine to Miami, Florida.

14. On August 13, 1988, ANGEL ROSA-COLLAZO A/K/A JIMMY and JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO purchased a gray Chevrolet Celebrity, license plate ASX-631 to be used as a surveillance vehicle while conducting their narcotics importation activities.

15. On or about the month of August 1988 ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, and MARIO RIVERA-RIVERA met at King's Sea Food in Luquillo, Puerto Rico, to discuss the importation of a load of cocaine through Palmas del Mar, Humacao, Puerto Rico.

16. On September 4, 1988, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, JUAN LUIS ESCUDERO-

SUAREZ a/k/a LUISITO CAR WASH, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, DANIEL CRUZ-TORRES a/k/a EL GAGO, MARIO RIVERA-RIVERA, JANET LOPEZ-TORRES, ENIO SANTIAGO-PABON, REMY VELEZ-SAMBOLIN a/k/a PITO, and others, attempted to import two loads of cocaine but were only able to import one load of four hundred (400) kilograms of cocaine. After the cocaine was in Puerto Rico, EDGARDO PUBIL-RIVERA a/k/a EL ENANO and others picked up the cocaine and transported it in suitcases to Miami, Florida, for distribution there and elsewhere.

17. Sometime during the middle of September 1988 ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, REMY VELEZ-SAMBOLIN a/k/a PITO, JUAN CRUZ-MATOS a/k/a NITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JOHN DOE a/k/a TITO MASTER, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, MILES JOHNSON-DUNCAN and others imported into Humacao, Puerto Rico, approximately six hundred (600) kilograms of cocaine and stored it at MILES JOHNSON-DUNCAN's house in Luquillo, Puerto Rico. After the cocaine was in Puerto Rico, EDGARDO PUBIL-RIVERA a/k/a EL ENANO and others picked it up and transported it in suitcases to Miami, Florida, for distribution there and elsewhere.

18. Sometime during the month of October 1988 ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO,

JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, MICHAEL MARTONE, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, DANIEL CRUZ-TORRES a/k/a EL GAGO, JUAN CRUZ-MATOS a/k/a NITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JOHN DOE a/k/a TITO MASTER, REMY VELEZ-SAMBOLIN a/k/a PITO, MICHAEL DEL VALLE a/k/a ZPIMPE, MARIO RIVERA-RIVERA, MILES JOHNSON-DUNCAN, and others imported approximately nine hundred eighty-seven (987) kilograms into Humacao, Puerto Rico. The cocaine was stored at MILES JOHNSON-DUNCAN's house where most of it was picked up by EDGARDO PUBIL-RIVERA a/k/a EL ENANO and transported in suitcases to Miami, Florida, for distribution there and elsewhere.

19.   On October 26, 1988, MARIO RIVERA-RIVERA purchased a microcomputer to use in the preparation of fictitious driver's licenses for ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, REMY VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, and others.

20.   Sometime during the month of November, 1988, but prior to November 22, 1988, ANGEL ROSA-COLLAZO a/k/a JIMMY, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, and MILES JOHNSON-DUNCAN met at the house of JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY in Colinas de Luquillo to prepare for and coordinate the offloading of another load of cocaine.

21.   On the same day as referred to in Overt Act Number 20 at Humacao, Puerto Rico, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, ALTON PHILLIPS a/k/a JOE, FRACESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, MICHAEL MARTONE, AGUSTIN VELAZQUEZ-RODRIGUEZ, REMY VELEZ-SAMBOLIN a/k/a PITO, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MARIO RIVERA-RIVERA, MILES JOHNSON-DUNCAN, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, and others imported approximately seven hundred fifty (750) kilograms of cocaine.  The cocaine was stored at MILES JOHNSON-DUNCAN's house where most of it was picked up by EDGARDO PUBIL-RIVERA a/k/a EL ENANO and transported in suitcases to Miami, Florida, for distribution there and elsewhere.

22.   On November 21, 1988, ANGEL ROSA-COLLAZO a/k/a JIMMY purchased a beach house in Punta Santiago, Humacao, Puerto Rico, for $55,750 in cash and cashiers checks for use in his narcotics trafficking activities, and placed it in the name of his attorney, Octavio Pardo.

23.   On November 22, 1988, ANGEL ROSA-COLLAZO a/k/a JIMMY purchased a black 1989 Toyota 4-Runner by trading the Silver Blue Toyota 4-Runner that he had received on May 31, 1988, and paying $4,000 in cash to complete the purchase.

24.   In December 1988 JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, GILBERTO

RETAT-DIAZ GRANADOS a/k/a BETO, ENIO SANTIAGO-PABON, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, and JOHN DOE a/k/a TITO MASTER travelled to Fort Lauderdale, Florida, and stayed at the Embassy Suites Hotel, with all expenses paid by ANGEL ROSA-COLLAZO a/k/a JIMMY and JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO to celebrate their success on their previous narcotics importation ventures.

25. On various occasions during the month of March 1989 ANGEL ROSA-COLLAZO a/k/a JIMMY and JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO went to the beach house in Humacao, Puerto Rico, and communicated via radio with a cocaine supplier in Colombia, South America, to make arrangements for the importation of another load of cocaine.

26. A few days after what is referred to in Overt Act Number 25, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a TENIENTE, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, RAMON RODRIGUEZ-MORALES a/k/a JUNIOR, MILES JOHNSON-DUNCAN, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, and others imported approximately eight hundred (800) kilograms of cocaine into Puerto Rico.   The cocaine was stashed at MILES

14

JOHNSON-DUNCAN's house where most of it was picked up by EDGARDO PUBIL-RIVERA a/k/a EL ENANO and transported in suitcases to Miami, Florida, for distribution there and elsewhere.

27.   On April 1, 1989, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO shipped an Anacapri vessel from Miami, Florida, to Puerto Rico to be used in the importation of narcotics into Puerto Rico.

28.   Sometime during April 1989 ANGEL ROSA-COLLAZO a/k/a JIMMY and JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO went to the beach house in Humacao, Puerto Rico, to communicate via radio with their cocaine supplier in Colombia, South America, to make arrangements for the importation of another load of cocaine into Puerto Rico.

29.   A few days after what is referred to in Overt Act Number 28, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, REMY VELEZ-SAMBOLIN a/k/a PITO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, ALTON PHILLIPS a/k/a JOE, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JOHN DOE a/k/a TITO MASTER, DANIEL CRUZ-TORRES a/k/a EL GAGO, MILES JOHNSON-DUNCAN, MICHAEL DEL VALLE a/k/a PIMPE, and others imported approximately one thousand forty (1,040) kilograms of cocaine which was stashed at the house of THOMAS F. WALKER where most of it was picked up EDGARDO PUBIL-RIVERA a/k/a EL ENANO and transported to Miami, Florida for distribution there and elsewhere.

15

30.   On April 14, 1989, at Ponce Ford, Inc., ANGEL ROSA-
COLLAZO a/k/a JIMMY traded a 1986 Ford Bronco registered under the
name of GISELA FAIRFOOT a/k/a GISELA CROW and paid $13,900 in cash
for the purchase of a 1989 Ford Bronco to be used in his narcotics
trafficking activities.

31.   On various days during the last part of April 1989 ANGEL
ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a
MANOLO, and GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO went to the
beach house in Humacao, Puerto Rico, and communicated via radio
with their cocaine supplier in Colombia, South America, to make
arrangements for the importation of another load of cocaine into
Puerto Rico.

32.   Sometime during the early part of May 1989 ANGEL ROSA-
COLLAZO a/k/a JIMMY, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY,
GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, REMY VELEZ-SAMBOLIN a/k/a
PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, MARIO RIVERA-RIVERA,
JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, and AGUSTIN
VELAZQUEZ-RODRIGUEZ met at the house of JOSE SAMUEL FORTY-ESTREMERA
a/k/a SAMMY in Colinas de Luquillo to prepare for and coordinate
the importation of another load of cocaine.

33.   On the same day referred to in Overt Act Number 32, ANGEL
ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a
MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-
DIAZ GRANADOS a/k/a BETO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO
RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-
MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, AGUSTIN VELAZQUEZ-

16

RODRIGUEZ, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a TENIENTE, RAMON
RODRIGUEZ-MORALES a/k/a JUNIOR, JOSE CARLOS BELAVAL-SILVA a/k/a
MONSTRUO, and MILES JOHNSON-DUNCAN imported approximately seven
hundred (700) kilograms of cocaine and stashed them at DON TOLER's
house in or near Luquillo, Puerto Rico.

34.  Sometime during the middle part of May 1989 ANGEL ROSA-
COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO,
JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ
GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, REMY VELEZ-
SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, DANIEL CRUZ-TORRES a/k/a
EL GAGO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS
a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JOSE CARLOS BELAVAL-SILVA
a/k/a MONSTRUO, LELIO RIGAUD-CHAPPINI, MICHAEL DEL VALLE a/k/a
PIMPE, and others imported in excess of one thousand twenty (1,020)
kilograms of cocaine into Puerto Rico through Palmas del Mar,
Humacao, Puerto Rico, which was later picked up by EDGARDO PUBIL-
RIVERA a/k/a EL ENANO and transported to Miami, Florida for
distribution there and elsewhere.

35.  On May 23, 1989, REMY VELEZ-SAMBOLIN a/k/a PITO brought
a 36 foot cigarette-type vessel from Miami, Florida, to St. Thomas,
U.S. Virgin Islands, delivered it to ALTON PHILLIPS a/k/a JOE for
use in the importation of narcotics into Puerto Rico.

36.  A few days prior to May 26, 1989, ANGEL ROSA-COLLAZO a/k/a
JIMMY and GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO communicated via
radio with their cocaine suppliers in Colombia, South America, to

17

make arrangements for the importation of another load of cocaine into Puerto Rico.

37.    On May 26, 1989, ANGEL ROSA-COLLAZO a/k/a JIMMY, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, REMY VELEZ-SAMBOLIN a/k/a PITO, MILES JOHNSON-DUNCAN, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MICHAEL DEL VALLE a/k/a PIMPE, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, LELIO RIGAUD-CHAPPINI, and others, met at the beach house in Humacao, Puerto Rico, to prepare for and coordinate the offloading of another load of cocaine.

38.    On May 27, 1989, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA and MICHAEL MARTONE picked up approximately four hundred (400) kilograms of cocaine from the water as an airplane dropped them near the east coast of Puerto Rico.

39.    On May 27, 1989, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, REMY VELEZ-SAMBOLIN a/k/a PITO, MILES JOHNSON-DUNCAN, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, LELIO RIGAUD-CHAPPINI, MICHAEL DEL VALLE a/k/a PIMPE, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, MICHAEL MARTONE, and others, imported

approximately seven hundred (700) kilograms of cocaine into Puerto
Rico through Palmas del Mar, Humacao, Puerto Rico and stashed them
at the house of DON TOLER where most of it was picked up by EDGARDO
PUBIL-RIVERA a/k/a EL ENANO and transported to Miami, Florida for
distribution there and elsewhere.

40.  On July 7, 1989, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO
and GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW gave false
information to local and federal government authorities in order
to conceal their narcotics trafficking activities.

41.  Sometime during the last part of July 1989 JESUS MANUEL
FORTY-ESTREMERA a/k/a MANOLO and EDGARDO PUBIL-RIVERA a/k/a EL
ENANO took LELIO RIGAUD-CHAPPINI to a specific location in the
ocean off the east coast of Puerto Rico to show him where they were
going to transfer a load of cocaine from a vessel to a life raft
to import it into Puerto Rico.

42.  On August 1, 1989, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA,
JUAN CRUZ-MATOS a/k/a NITO, and LELIO RIGAUD-CHAPPINI met at the
beach house in Humacao, Puerto Rico, to coordinate the importation
of another load of cocaine.

43.  On August 1, 1989, ERNESTO FUENTES-CANCEL a/k/a PECHITO
was at an apartment at Pico Center in Santurce, Puerto Rico,
waiting for radio and telephone communications from other
conspirators involved in the importation of a load of cocaine on
that day.

44.  On August 1, 1989, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS
MANUEL FORTY-ESTREMERA a/k/a MANOLO, ALTON PHILLIPS a/k/a JOE, REMY

VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, ERNESTO FUENTES CANCEL a/k/a PECHITO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and LELIO RIGAUD-CHAPPINI tried to import a load of cocaine into Puerto Rico but were unable to do so, when the vessels attempting to recover the cocaine packages in the water were chased and seized by governmental authorities.

45.   Sometime during the month of August 1989 a radio antenna was installed at the house of AGUSTIN MORALES-RIVERA a/k/a CELI to communicate with cocaine suppliers in Colombia, South America.

46.   On October 11, 1989, REMY VELEZ-SAMBOLIN a/k/a PITO and JUAN LUIS SUAREZ-ESCUDERO a/k/a LUISITO CAR WASH gave false information to governmental authorities about the vessels that were seized on August 1, 1989, in order to conceal their narcotics trafficking activities.

47.   Sometime in or about December 1989 or January 1990 ANGEL ROSA-COLLAZO a/k/a JIMMY and JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO entered into an agreement in which JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO would be in charge of the narcotics importation activities in Puerto Rico and ANGEL ROSA-COLLAZO a/k/a JIMMY would stay in the continental United States in charge of making the arrangements with the narcotics suppliers in Colombia, South America.

48.   Sometime in or about the month of January 1990 JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO and NELSON MANTECON-ZAYAS a/k/a CHINO communicated via radio with their cocaine supplier in

Colombia, South America, to make arrangements for the importation of another load of cocaine into Puerto Rico.

49.  A few days after the date referred to in Overt Act Number 48, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, ENIO SANTIAGO-PABON, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, AGUSTIN MORALES-RIVERA a/k/a CELI, met at the beach house in Humacao, Puerto Rico, to prepare for and coordinate the offloading of another load of cocaine.

50.  On the same day referred to in Overt Act Number 49, ERNESTO FUENTES-CANCEL a/k/a PECHITO was in his apartment with a radio and a telephone to facilitate the communications between all members of the organization during the importation of a load of cocaine into Puerto Rico.

51. On the same day referred to in Overt Act Number 50, NELSON MANTECON-ZAYAS a/k/a CHINO brought approximately six hundred (600) kilograms of cocaine to a specific location in the ocean off the coast of Naguabo, Puerto Rico, where JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA was waiting in a life raft.

52.  On the same day referred to in Overt Act Number 51, ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, NELSON MANTECON-ZAYAS a/k/a CHINO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES A/K/A JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, ENIO SANTIAGO-PABON, AGUSTIN MORALES-RIVERA a/k/a CELI, EDGARDO

PUBIL-RIVERA a/k/a EL ENANO, ERNESTO FUENTES-CANCEL a/k/a PECHITO, and others imported approximately six hundred (600) kilograms of cocaine into Puerto Rico through a farm in Naguabo, Puerto Rico.

53. A few days after the date referred to in Overt Act Number 52, ANGEL ROSA-COLLAZO a/k/a JIMMY while in Florida, and JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO while in Puerto Rico, communicated via radio with their cocaine supplier in Colombia, South America, to make arrangements for the importation of another load of cocaine into Puerto Rico.

54. During the early part of February 1990 JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and AGUSTIN MORALES-RIVERA a/k/a CELI met at the beach house in Humacao, Puerto Rico, to prepare and coordinate the offloading of another load of cocaine.

55. On the same day referred to in Overt Act Number 54, NELSON MANTECON-ZAYAS a/k/a CHINO and others brought approximately (1,000) kilograms of cocaine to a specific location in the ocean off the shore of Naguabo, Puerto Rico.

56. On the same day referred to in Overt Act Number 55, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, NELSON MANTECON-ZAYAS a/k/a CHINO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, AGUSTIN MORALES-RIVERA a/k/a CELI, and others, imported approximately one

thousand (1,000) kilograms of cocaine into Puerto Rico through a farm in Naguabo, Puerto Rico.

57.   On various occasions during the early part of March 1990 JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO communicated via radio with a narcotics supplier in Colombia, South America, to make arrangements for the importation of another load of cocaine into Puerto Rico.

58.   A few days after what is referred to in Overt Act Number 57, ERNESTO FUENTES-CANCEL a/k/a PECHITO was at his apartment with a radio and a telephone to coordinate the communications among other conspirators participating in the importation of a load of cocaine.

59.   On the same day referred to in Overt Act Number 58, NELSON MANTECON-ZAYAS a/k/a CHINO brought approximately one thousand (1,000) kilograms of cocaine to a specific location in the ocean off the shore of Naguabo, Puerto Rico.

60.   On the same day referred to in Overt Act Number 59, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, NELSON MANTECON-ZAYAS a/k/a CHINO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, ENIO SANTIAGO-PABON, AGUSTIN MORALES-VELAZQUEZ a/k/a CELI, MICHAEL DEL VALLE a/k/a PIMPE, RENE RODRIGUEZ-ROIG, MANUEL CANINO, ERNESTO FUENTES-CANCEL a/k/a PECHITO, and others imported approximately one thousand (1,000)

kilograms of cocaine into Puerto Rico through a farm in Naguabo, Puerto Rico.

61.   On various occasions during the months of March, April, May and June 1990 JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, MARIO RIVERA-RIVERA, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a TENIENTE, MILES JOHNSON-DUNCAN, REMY VELEZ-SAMBOLIN a/k/a PITO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, ENIO SANTIAGO-PABON, LELIO RIGAUD-CHAPPINI, NELSON MANTECON-ZAYAS a/k/a CHINO, ERNESTO FUENTES-CANCEL a/k/a PECHITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, and others attempted to import a load of cocaine into Puerto Rico, but were unsuccessful.

62.   Sometime in or about the month of September 1990 JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, AGUSTIN MORALES-RIVERA a/k/a CELI, ERNESTO FUENTES-CANCEL a/k/a PECHITO, MILES JOHNSON-DUNCAN, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and MICHAEL DEL VALLE a/k/a PIMPE met to prepare for and coordinate the importation of another load of cocaine into Puerto Rico.

63.   On the same date referred to in Overt Act Number 62, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO brought approximately six hundred (600) kilograms of cocaine to a specific location in the ocean off the shore of Naguabo, Puerto Rico, where he met ERNESTO FUENTES-CANCEL a/k/a PECHITO for the purpose of bringing the cocaine ashore.

64.  On the same date referred to in Overt Act Number 63, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, MILES JOHNSON-DUNCAN, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, MICHAEL DEL VALLE a/k/a PIMPE, ERNESTO FUENTES-CANCEL a/k/a PECHITO, AGUSTIN MORALES-RIVERA a/k/a CELI, and others imported approximately six hundred (600) kilograms of cocaine into Puerto Rico through a farm in Naguabo, Puerto Rico, and stashed them at MARK JENNING's house in Rio Grande, Puerto Rico, where it was picked up by EDGARDO PUBIL-RIVERA a/k/a EL ENANO and DOMINGO MEDINA-FELIX a/k/a DAVID EL VIEJO for distribution.

65.  During the month of May 1991 JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, REMY VELEZ-SAMBOLIN a/k/a PITO, ERNESTO FUENTES-CANCEL a/k/a PECHITO, MILES JOHNSON-DUNCAN, and others imported six hundred (600) kilograms of cocaine into Puerto Rico and stashed the cocaine at MARK JENNING's house in Rio Grande, Puerto Rico, where it was picked up by EDGARDO PUBIL-RIVERA a/k/a EL ENANO and DOMINGO MEDINA-FELIX a/k/a DAVID EL VIEJO for distribution.

All the foregoing acts were committed in violation of Title 21, United States Code, Section 841(a)(1) and 846.

### COUNT TWO

In or about March or April 1987 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a

MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, CESAR CASTRO-GOMEZ, DANIEL CRUZ-TORRES a/k/a EL GAGO, VICTOR LEVY-CORDERO, AGUSTIN VELAZQUEZ-RODRIGUEZ, RAMON RODRIGUEZ-MORALES a/k/a JUNIOR, MILES JOHNSON-DUNCAN, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately five thousand (5,000) pounds of marihuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## COUNT THREE

In or about the month of March or April 1987 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein:   ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, CESAR CASTRO-GOMEZ, DANIEL CRUZ-TORRES a/k/a EL GAGO, VICTOR LEVY-CORDERO, AGUSTIN VELAZQUEZ-RODRIGUEZ, RAMON RODRIGUEZ-MORALES a/k/a JUNIOR, MILES JOHNSON-DUNCAN, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MICHAEL MARTONE, FELICIANO COTTO-JOVET a/k/a FELO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, FREDDIE SUAREZ-VELEZ a/k/a FREDO EL GORDO, and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to  distribute approximately five thousand (5,000) pounds of marihuana, a Schedule I controlled

26

substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about April or May 1988 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, JANET LOPEZ-TORRES, DANIEL CRUZ-TORRES a/k/a EL GAGO, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MICHAEL DEL VALLE a/k/a PIMPE, REMY VELEZ-SAMBOLIN a/k/a PITO, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately five thousand (5,000) pounds of marihuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about April or May 1988 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, JANET LOPEZ-TORRES, DANIEL CRUZ-

TORRES a/k/a EL GAGO, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MICHAEL DEL VALLE a/k/a PIMPE, FELICIANO COTTO-JOVET a/k/a FELO, REMY VELEZ-SAMBOLIN a/k/a PITO, MILES JOHNSON-DUNCAN, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately five thousand (5,000) pounds of marihuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT SIX

On or about May 19, 1988, at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately three hundred (300) kilograms of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

### COUNT SEVEN

On or about May 19, 1988, at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately three hundred (300) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT EIGHT

On or about September 4, 1988, at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, JANET LOPEZ-TORRES, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, DANIEL CRUZ-TORRES a/k/a EL GAGO, MARIO RIVERA-RIVERA, ENIO SANTIAGO-PABON, REMY VELEZ-SAMBOLIN a/k/a PITO, and others known and unknown to the Grand Jury, aiding and abetting

each other, did unlawfully, intentionally, willfully and knowingly attempt to import into the United States from a place outside thereof, approximately five hundred (500) kilograms of cocaine, a Schedule II narcotic drug controlled substance, which they were unable to do for reasons against their will and control, all in violation of Title 21, United States Code, Sections 952, 960 and 963; and Title 18, United States Code, Section 2.

### COUNT NINE

On or about September 4, 1988, at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, JANET LOPEZ-TORRES, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, DANIEL CRUZ-TORRES a/k/a EL GAGO, MARIO RIVERA-RIVERA, ENIO SANTIAGO-PABON, REMY VELEZ-SAMBOLIN a/k/a PITO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately four hundred (400) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## COUNT TEN

On or about September 4, 1988 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, JANET LOPEZ-TORRES, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, DANIEL CRUZ-TORRES a/k/a EL GAGO, MARIO RIVERA-RIVERA, ENIO SANTIAGO-PABON, REMY VELEZ-SAMBOLIN a/k/a PITO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately four hundred (400) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT ELEVEN

In or about the middle of September 1988 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, REMY

VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MILES JOHNSON-DUNCAN, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately six hundred (600) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

### COUNT TWELVE

In or about the middle of September 1988 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, REMY VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MILES JOHNSON-DUNCAN, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately six hundred (600) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation

of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT THIRTEEN

In or about the month of October 1988 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY,  JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, MICHAEL MARTONE, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, DANIEL CRUZ-TORRES a/k/a EL GAGO, MARIO RIVERA-RIVERA, JUAN CRUZ-MATOS a/k/a NITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JOHN DOE a/k/a TITO MASTER, REMY VELEZ-SAMBOLIN a/k/a PITO, MILES JOHNSON-DUNCAN, MICHAEL DEL VALLE a/k/a PIMPE, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately nine hundred eighty-seven (987) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

### COUNT FOURTEEN

In or about the month of October 1988 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY,  JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, GISELA FAIRFOOT-RENTERIA a/k/a GISELA

CROW, JANET LOPEZ-TORRES, MICHAEL MARTONE, JOSE CARLOS BELAVAL-
SILVA a/k/a MONSTRUO, DANIEL CRUZ-TORRES a/k/a EL GAGO, MARIO
RIVERA-RIVERA, JUAN CRUZ-MATOS a/k/a NITO, JAIME CRUZ-TORRES a/k/a
JIMMY ARDILLA, JOHN DOE a/k/a TITO MASTER, REMY VELEZ-SAMBOLIN
a/k/a PITO, MILES JOHNSON-DUNCAN, MICHAEL DEL VALLE a/k/a PIMPE,
EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others known and unknown
to the Grand Jury, aiding and abetting each other, did unlawfully,
intentionally, willfully and knowingly possess with intent to
distribute approximately nine hundred eighty-seven (987) kilograms
of cocaine, a Schedule II narcotic drug controlled substance, all
in violation of Title 21, United States Code, Section 841(a)(1),
and Title 18, United States Code, Section 2.

## COUNT FIFTEEN

In or about the month of November 1988 at Humacao, Puerto
Rico, District of Puerto Rico, and elsewhere, the defendants
herein:   ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-
ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY,
GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, FRANCESCO MARTONE a/k/a
FRANK a/k/a TRAVOLTA, MICHAEL MARTONE, GISELA FAIRFOOT-RENTERIA
a/k/a GISELA CROW, JANET LOPEZ-TORRES, ALTON PHILLIPS a/k/a JOE,
AGUSTIN VELAZQUEZ-RODRIGUEZ, REMY VELEZ-SAMBOLIN a/k/a PITO, JUAN
CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JOSE CARLOS
BELAVAL-SILVA a/k/a MONSTRUO, MARIO RIVERA-RIVERA, MILES JOHNSON-
DUNCAN, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN LUIS ESCUDERO-
SUAREZ a/k/a LUISITO CAR WASH, and others known and unknown to the
Grand Jury, aiding and abetting each other, did unlawfully,

intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately seven hundred fifty (750) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## COUNT SIXTEEN

In or about the month of November 1988 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, MICHAEL MARTONE, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, ALTON PHILLIPS a/k/a JOE, AGUSTIN VELAZQUEZ-RODRIGUEZ, REMY VELEZ-SAMBOLIN a/k/a PITO, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, MARIO RIVERA-RIVERA, MILES JOHNSON-DUNCAN, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately seven hundred fifty (750) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

35

## COUNT SEVENTEEN

In or about the month of March 1989 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a TENIENTE, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JOHN DOE a/k/a TITO MASTER, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, AGUSTIN VELAZQUEZ-RODRIGUEZ, MILES JOHNSON-DUNCAN, RAMON RODRIGUEZ-MORALES a/k/a JUNIOR, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately eight hundred (800) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## COUNT EIGHTEEN

In or about the month of March 1989 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a TENIENTE, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-

TORRES, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JOHN DOE a/k/a TITO MASTER, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, AGUSTIN VELAZQUEZ-RODRIGUEZ, MILES JOHNSON-DUNCAN, RAMON RODRIGUEZ-MORALES a/k/a JUNIOR, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately eight hundred (800) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT NINETEEN

In or about the month of April 1989 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, ALTON PHILLIPS a/k/a JOE, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JOHN DOE a/k/a TITO MASTER, DANIEL CRUZ-TORRES a/k/a EL GAGO, MILES JOHNSON-DUNCAN, MARIO RIVERA-RIVERA, MICHAEL DEL VALLE a/k/a PIMPE, REMY VELEZ-SAMBOLIN a/k/a PITO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully

and knowingly import into the United States from a place outside thereof, approximately one thousand forty (1,040) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

### COUNT TWENTY

In or about the month of April 1989 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, MANUEL EVARISTO-SANCHEZ a/k/a MANOLON, ALTON PHILLIPS a/k/a JOE, GISELA FAIRFOOT-RENTERIA a/k/a GISELA CROW, JANET LOPEZ-TORRES, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JOHN DOE a/k/a TITO MASTER, DANIEL CRUZ-TORRES a/k/a EL GAGO, MILES JOHNSON-DUNCAN, MARIO RIVERA-RIVERA, MICHAEL DEL VALLE a/k/a PIMPE, REMY VELEZ-SAMBOLIN a/k/a PITO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, THOMAS F. WALKER, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately one thousand forty (1,040) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

38

## COUNT TWENTY-ONE

In or about the beginning of May 1989 at Fajardo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a TENIENTE, RAMON RODRIGUEZ-MORALES a/k/a JUNIOR, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, REMY VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JOHN DOE a/k/a TITO MASTER, MARIO RIVERA-RIVERA, AGUSTIN VELAZQUEZ-RODRIGUEZ, MILES JOHNSON-DUNCAN, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately seven hundred (700) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

## COUNT TWENTY-TWO

In or about the beginning of May 1989 at Fajardo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a TENIENTE, RAMON RODRIGUEZ-MORALES a/k/a JUNIOR, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, REMY VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA,

JOHN DOE a/k/a TITO MASTER, MARIO RIVERA-RIVERA, AGUSTIN VELAZQUEZ-RODRIGUEZ, MILES JOHNSON-DUNCAN, DON TOLER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately seven hundred (700) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT TWENTY-THREE

In or about the middle of May 1989 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, DANIEL CRUZ-TORRES a/k/a EL GAGO, MICHAEL DEL VALLE a/k/a PIMPE, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately one thousand twenty (1,020) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## COUNT TWENTY-FOUR

In or about the middle of May 1989 at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, NELSON MANTECON-ZAYAS a/k/a CHINO, JOSE CARLOS BELAVAL-SILVA a/k/a MONSTRUO, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, DANIEL CRUZ-TORRES a/k/a EL GAGO, MICHAEL DEL VALLE a/k/a PIMPE, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately one thousand twenty (1,020) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT TWENTY-FIVE

On or about May 27, 1989, at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, MICHAEL MARTONE, REMY VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MARIO RIVERA-RIVERA, MILES JOHNSON-DUNCAN, MICHAEL

DEL VALLE a/k/a PIMPE, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly import into the United States from a place outside thereof, approximately seven hundred (700) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## COUNT TWENTY-SIX

On or about May 27, 1989, at Humacao, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, GILBERTO RETAT-DIAZ GRANADOS a/k/a BETO, FRANCESCO MARTONE a/k/a FRANK a/k/a TRAVOLTA, MICHAEL MARTONE, REMY VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MARIO RIVERA-RIVERA, MILES JOHNSON-DUNCAN, MICHAEL DEL VALLE a/k/a PIMPE, DON TOLER, JUAN LUIS ESCUDERO-SUAREZ a/k/a LUISITO CAR WASH, EDGARDO PUBIL-RIVERA a/k/a EL ENAÑO, and others known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly possess with intent to distribute approximately seven hundred (700) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

42

## COUNT TWENTY-SEVEN

On or about the month of August 1, 1989, at Humacao, Puerto Rico, District of Puerto Rico and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, REMY VELEZ-SAMBOLIN a/k/a PITO, ERNESTO FUENTES-CANCEL a/k/a PECHITO, ALTON PHILLIPS a/k/a JOE, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, attempt to import into the United States from a place outside thereof one thousand (1,000) kilograms of cocaine, a Schedule II narcotic drug controlled substance, which they were unable to do for reasons against their will and control, all in violation of Title 21, United States Code, Sections 952, 960, and 963, and Title 18, United States Code, Section 2.

## COUNT TWENTY-EIGHT

In or about the latter part of January 1990 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, NELSON MANTECON-ZAYAS a/k/a CHINO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, ENIO SANTIAGO-PABON, AGUSTIN MORALES-RIVERA a/k/a CELI, ERNESTO FUENTES-CANCEL a/k/a PECHITO and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully,

43

intentionally, willfully and knowingly, import into the United States from a place outside thereof, approximately six hundred (600) kilograms of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

### COUNT TWENTY-NINE

In or about the latter part of January 1990 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein:   ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, NELSON MANTECON-ZAYAS a/k/a CHINO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, ENIO SANTIAGO-PABON, AGUSTIN MORALES-RIVERA a/k/a CELI, ERNESTO FUENTES-CANCEL a/k/a PECHITO and others, known and unknown to the Grand Jury,   aiding   and   abetting   each   other,   did   unlawfully, intentionally, willfully and knowingly, possess with intent to distribute approximately six hundred (600) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT THIRTY

In or about the early part of February 1990 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein:   ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO

RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, NELSON MANTECON-ZAYAS a/k/a CHINO, AGUSTIN MORALES-RIVERA a/k/a CELI and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, import into the United States from a place outside thereof, approximately one thousand (1,000) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## COUNT THIRTY-ONE

In or about the early part of February 1990 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein:    ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, NELSON MANTECON-ZAYAS a/k/a CHINO, AGUSTIN MORALES-RIVERA a/k/a CELI and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, possess with intent to distribute approximately one thousand (1,000) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

45

## COUNT THIRTY-TWO

In or about the early part of March 1990 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein:  ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, NELSON MANTECON-ZAYAS a/k/a CHINO, AGUSTIN MORALES-RIVERA a/k/a CELI, MICHAEL DEL VALLE a/k/a PIMPE, RENE RODRIGUEZ-ROIG, MANUEL CANINO, ERNESTO FUENTES-CANCEL a/k/a PECHITO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, ENIO SANTIAGO-PABON and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, import into the United States from a place outside thereof, approximately one thousand (1,000) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

## COUNT THIRTY-THREE

On or about the early part of March 1990 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein:  ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, NELSON MANTECON-ZAYAS a/k/a CHINO, AGUSTIN

MORALES-RIVERA a/k/a CELI, MICHAEL DEL VALLE a/k/a PIMPE, RENE RODRIGUEZ-ROIG, MANUEL CANINO, ERNESTO FUENTES-CANCEL a/k/a PECHITO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, ENIO SANTIAGO-PABON and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, possess with intent to distribute approximately one thousand (1,000) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THIRTY-FOUR

On or about March 30, 1990, at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, REMY VELEZ-SAMBOLIN a/k/a PITO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, MARIO RIVERA-RIVERA, NELSON MANTECON-ZAYAS a/k/a CHINO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, MILES JOHNSON-DUNCAN, ENIO SANTIAGO-PABON, WILLIAM ROMERO-LEWIS a/k/a CUCO a/k/a EL TENIENTE and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, attempt to import into the United States from a place outside thereof, approximately one thousand (1,000) kilograms of cocaine, a Schedule II narcotic drug controlled substance, which they were unable to do for reasons against their will and control, all in

47

violation of Title 21, United States Code, Sections 952, 960 and 963, and Title 18, United States Code, Section 2.

## COUNT THIRTY-FIVE

In or about November 1990 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, MILES JOHNSON-DUNCAN, AGUSTIN MORALES-RIVERA a/k/a CELI, ERNESTO FUENTES-CANCEL a/k/a PECHITO, MICHAEL DEL VALLE a/k/a PIMPE, and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, import into the United States from a place outside thereof, approximately six hundred (600) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

## COUNT THIRTY-SIX

In or about November 1990 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY, JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JOSE SAMUEL FORTY-ESTREMERA a/k/a SAMMY, REMY VELEZ-SAMBOLIN a/k/a PITO, MARIO RIVERA-RIVERA, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, JOHN DOE a/k/a TITO MASTER, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, MILES JOHNSON-DUNCAN, ERNESTO FUENTES-

CANCEL a/k/a PECHITO, MICHAEL DEL VALLE a/k/a PIMPE, MARK JENNINGS, DOMINGO MEDINA-FELIX a/k/a DAVID EL VIEJO, and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, possess with intent to distribute approximately six hundred (600) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

### COUNT THIRTY-SEVEN

In or about May 1991 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, REMY VELEZ-SAMBOLIN a/k/a PITO, MILES JOHNSON-DUNCAN, ERNESTO FUENTES-CANCEL a/k/a PECHITO, and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, import into the United States from a place outside thereof, approximately six hundred (600) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

### COUNT THIRTY-EIGHT

In or about May 1991 at Naguabo, Puerto Rico, District of Puerto Rico, and elsewhere, the defendants herein: JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, JAIME CRUZ-TORRES a/k/a JIMMY ARDILLA, JUAN CRUZ-MATOS a/k/a NITO, REMY VELEZ-SAMBOLIN a/k/a

PITO, MILES JOHNSON-DUNCAN, ERNESTO FUENTES-CANCEL a/k/a PECHITO, MARK JENNINGS, DOMINGO MEDINA-FELIX a/k/a DAVID EL VIEJO, EDGARDO PUBIL-RIVERA a/k/a EL ENANO, and others, known and unknown to the Grand Jury, aiding and abetting each other, did unlawfully, intentionally, willfully and knowingly, possess with intent to distribute approximately six hundred (600) kilograms of cocaine, a Schedule II narcotic drug controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT THIRTY-NINE

A. Beginning on or about the month of January 1987 and continuing until September 1991 in San Juan, Luquillo, Fajardo, Humacao, Naguabo, Mayaguez, Cabo Rojo, Hormigueros, Puerto Rico, District of Puerto Rico; Saint Thomas and Saint Croix, U.S. Virgin Islands; Miami and Fort Lauderdale, Florida, Colombia, South America, and elsewhere, the defendants herein: ANGEL ROSA-COLLAZO a/k/a JIMMY and JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO did unlawfully, willfully, intentionally, and knowingly engage in a continuing criminal enterprise in that they each did violate provisions of Title 21, United States Code, subchapters I and II as alleged in counts 1 through 38 inclusive, of this indictment, which counts are realleged and incorporated herein by reference as if fully set forth in this count, which violations were part of a continuing series of violations of subchapters I and II of the Comprehensive Drug Abuse Control Act of 1970, Title 21, United States Code, Section 801, et seq., as amended, undertaken by ANGEL

ROSA-COLLAZO a/k/a JIMMY and JESUS MANUEL FORTY-ESTREMERA a/k/a MANOLO, each in concert with at least five other persons with respect to whom each defendant herein occupied a position as organizer, supervisor, and manager, and from which continuing series of violations each of the defendants herein obtained substantial income and resources, all in violation of Title 21, United States Code, Section 848.

B.   Upon conviction, the defendants herein shall forfeit to the United States any and all interest the defendants or any one of them may have in any property constituting and derived from any proceeds obtained, directly or indirectly, as a result of this violation, and any property used, or intended to be used, in any manner or part, to commit and facilitate the commission of this violation, pursuant to Title 21, United States Code, Sections 848(a) and 853(a), including but not limited to the following:

1.   All rights, titles and interests in the real estate known as Lot 35 of Saddle Creek Farms Subdivision, consisting of approximately 2.89 acres of land and all improvements thereon including a house and the contents thereof, located in Land Lot 958 of the Fourteenth District and First Section of Forsyth County, State of Georgia, United States of America.

2.   All rights, titles and interests in the real estate known as Lot 36 of Saddle Creek Farms Subdivision, consisting of approximately 2.90 acres of land and any improvements thereon located in Land Lot 958 of the Fourteenth District and First

51

Section of Forsyth County, State of Georgia, United States of America.

3.    All rights, titles and interests in the real estate known as Land Lot 1080, consisting of approximately 3.970 acres of land and any improvements thereon located in the Fourteenth District and First Section of Forsyth County, State of Georgia, United States of America.

4.    All rights, titles and interests in the real estate known as Lot Number 26, Urbanizacion Playa de Humacao, consisting of approximately 556.526 square meters of land and any improvements thereon, including a house, located in the city of Humacao, Commonwealth of Puerto Rico.

5.    All rights, titles and interests in a portion of the real estate known as "Finca No. 11,211" as described in platbook number 285, page 25 of the Puerto Rico Department of Justice, Registrar of Property, Humacao Section.

6.    All rights, titles and interests in a 1990 32-foot Douglas Skater boat, model 32, serial number DUX90327H990-3237, known as the "Tequilla", with three Mercury 200L outboard engines, model number 1-200412G, serial numbers OC157089, OC157741, and OC157110, with all optional equipment and accessories.

7.    All rights, titles and interests in a 1989 Mercedes-Benz automobile, model 300CE, vehicle identification number WDBEA50DXKB004842.

52

8.   All rights, titles and interests in a 1989 Mercedes-Benz automobile, model 300E, vehicle identification number WDBEA30DZKA926916.

9.   All rights, titles and interests in a 1988 Ford pickup truck, serial number 2FTJW35G6JCA44816.

10.   All rights, titles and interests in a 1988 Jayco 32-foot trailer, identification number 1UJBJ02R6J1SY0102.

11.   All rights, titles and interests in the household goods, furniture and other property located in storage at AAA American Moving Service, Inc., Warehouse 1-M, lot number L-1995, 2125 N.W. 1st Court, Miami, Florida 33127.

12.   All funds, monies or assets of any kind or nature maintained at the following financial institutions and under the following names and account numbers:

| BANK: | ACCOUNT NUMBERS: | NAME: |
|---|---|---|
| Dresdner Bank Munich Munich, Germany | 400 3 451 677 00<br>400 3 451 677 01/02<br>6 983 042 00 | Joseph Muller on behalf of or as trustee for Vicente John Cruz |
|  | 400 3 451 677 82 [containing approx. five million dollars ($5,000,000 U.S.) as of December 31, 1990] | Joseph Muller |
| Reuschelbank Munich Munich, Germany | 123 62 45 | Joseph Muller on behalf of or as trustee for Vicente John Cruz |

13.  Two certificates of deposit totalling approximately $2.3 million (U.S. dollars) as of the date of this indictment, in the name of "Centi Investments," account number DDA/003340361, maintained at the Aruba Bank, Ltd., Oranjestad, Aruba, Netherlands Antilles.

14.  Approximately twenty-five thousand dollars, ($25,000 U.S.) in the possession of defendant ANGEL ROSA-COLLAZO and/or his wife Anne Marie Quirk, and located in Miami, Florida.

All in violation of Title 21, United States Code, Sections 848 and 853.

A TRUE BILL

3-20-92
_____
DATE

_____
FOREPERSON

DANIEL LOPEZ-ROMO
United States Attorney

_____
Date

Jose A. Quiles
Chief, Criminal Division

_____
Date

Guillermo Gil
Trial Attorney
U.S. Dept. of Justice

3/20/92
_____
Date